CARMEN ANGELO et al., Plaintiffs, v. SPIDER STAGING SALES COMPANY, Respondent, and NEW YORK THRUWAY AUTHORITY, Appellant.—

Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Bastow, JJ.